JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE GEORGE GARCIA,<br>Petitioner,<br>v.<br>W.L. MONTGOMERY, Warden<br>Respondent. | Case No. 5:17-cv-02025-R-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition and this entire action is dismissed with prejudice.

DATED: August 22, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE